

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

November 17, 2021

2022-1147 - Amgen Inc. v. Sandoz Inc.

# NOTICE OF NON-COMPLIANCE

Your submitted document (Application for Admission) is not in compliance with the rules of this court.

- This document was filed incorrectly and must be filed through PACER. Refer to the [Electronic Filing Procedures](#) ("Attorney Electronic Filing Registration").

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken. An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court
By: J. West, Deputy Clerk